UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80674-CV-MARRA/MATTHEWMAN

CHRISTOPHER MASSENA,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.
_____/

**FINAL JUDGMENT**

This matter is before the Court on the Report of the Magistrate Judge (14), entered July 31, 2020.  Upon a review of the Report, and upon independent *de novo* review of the file, and no objections having been filed, it is **ORDERED AND ADJUDGED** as follows:

1) The Report (DE 14) is **AFFIRMED**.

2) Petitioner's Motion under 28 U.S.C. § 2255 to Vacate is **DISMISSED AS TIME-BARRED.**

3) Under Rule 11(a) of the Rules Governing Section 2255 Proceedings in the United States District Courts, this Court must issue or deny a certificate of appealability when entering a final order adverse to the applicant.  Because the Court is adopting the Magistrate Judge's Recommendation denying the motion to vacate brought under 28 U.S.C. § 2255, the Court must consider whether to issue or deny the certificate of appealability at this time. The Court concludes under *Slack v. McDaniel*, 529 U.S. 473 (2000), that Petitioner cannot shown that "jurists of reason would find it debatable whether the petition states a valid claim of denial of a constitutional right,

1

and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* at 478. Therefore, the Court **DENIES** a certificate of appealability. The Court notes that under Rule 22(b)(1) of the Federal Rules of Appellate Procedure, the Petitioner may seek a certificate of appealability from the U.S. Court of Appeals for the Eleventh Circuit.

4) The case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of August, 2020.

KENNETH A. MARRA
United States District Judge